[No. 50034-1-I.   Division One.   November 4, 2002.]

*In the Matter of the Marriage of* LAUREL M. BALDWIN, *Respondent*, and MARLIN PROWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-3-00728-1, David A. Nichols, J., entered February 1, 2002. *Reversed* by unpublished opinion per Agid, J., concurred in by Kennedy and Ellington, JJ.

[No. 50698-6-I.   Division One.   November 4, 2002.]

LEROY D. SISLEY, ET AL., *Appellants*, v. ANTONIO J. LUPO, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-11485-1, Catherine D. Shaffer, J., entered January 31, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Ellington, JJ.

[No. 20345-0-III.   Division Three.   November 5, 2002.]

ROBERT CRITCHLOW, *Appellant*, v. JAMIE WINTERROTH, ET AL., *Defendants*, PAMELA BEAN, ET AL., *Respondents.*

ROBERT W. CRITCHLOW, *Appellant*, v. SYLVIA ABBOTT, ET AL., *Defendants.*

Appeal from a judgment of the Superior Court for Spokane County, Nos. 99-2-03277-7 and 00-2-01417-6, James M. Murphy and Salvatore F. Cozza, JJ., entered April 12, 2000 and June 15, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.